**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

DANIEL MCRITCHIE, individually and on
behalf of all others similarly situated,

        Plaintiff,

    v.

GLOBAL TETRAHEDRON LLC,

        Defendant.

Case No. 1:25-cv-05471

Hon. Matthew F. Kennelly

**DEFENDANT GLOBAL TETRAHEDRON LLC'S**
**MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1) AND 12(B)(6)**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Global Tetrahedron LLC respectfully moves to dismiss Plaintiff Daniel McRitchie's Complaint, ECF 1, and in the alternative moves for a more definite statement under Federal Rule of Civil Procedure 12(e). The grounds for this motion are set forth in Global Tetrahedron's Memorandum in Support of its Motion to Dismiss, Request for Judicial Notice, and Declaration of Mark David McPherson in Support of the Request for Judicial Notice with attached exhibits, filed along with this motion.

Dated: August 1, 2025

Respectfully submitted,

**GOODWIN PROCTER LLP**

By: */s/ Mark David McPherson*

MARK DAVID McPHERSON (admitted *pro hac vice*)
*MMcPherson@goodwinlaw.com*
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel.: +1 212 813 8800
Fax: +1 212 355 3333

REBECCA L. TARNEJA (admitted *pro hac vice*)
*RTarneja@goodwinlaw.com*
601 South Figueroa Street, Suite 4100
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

Attorneys for Defendant
GLOBAL TETRAHEDRON LLC

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the clerk of the court for the United States District Court for the Northern District of Illinois by using the CM/ECF system on August 1, 2025. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. I certify under penalty of perjury that the foregoing is true and correct.

Dated:  August 1, 2025          /s/ Mark David McPherson