**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DANIEL MCRITCHIE, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>GLOBAL TETRAHEDRON, LLC,<br><br>       Defendant. | Civil Action No.: 1:25−cv−05471<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Hon. Matthew F. Kennelly |

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing…a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff Daniel McRitchie, hereby dismisses his claims against Defendant Global Tetrahedron, LLC, without prejudice.

Dated: August 22, 2025

              Respectfully submitted,

              By: */s/ Philp Fraietta*
                 Philip Fraietta

              **BURSOR & FISHER, P.A.**
              Philip Fraietta
              1330 Avenue of the Americas, 32nd Floor
              New York, NY 10019
              Telephone: (646)-837-7150
              Facsimile: (212) 989-9163
              Email: pfraietta@bursor.com

              **BURSOR & FISHER, P.A.**
              Stefan Bogdanovich (*pro hac vice*)
              1990 North California Blvd., 9th Floor
              Walnut Creek, CA 94596
              Telephone:  (925) 300-4455
              Facsimile:  (925) 407-2700
              Email: sbogdanovich@bursor.com

              *Attorneys for Plaintiff*